GEORGE MARQUARDT, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Crosby, P. J., who dissents and votes for reversal and for dismissal of the complaint on the ground that the evidence showed that plaintiff was guilty of contributory negligence as matter of law. (The judgment is for plaintiff in a railroad negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MARIE DUDZIK, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in a railroad negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

VERA ANDRASIAK, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in a railroad negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ELIZABETH KOSTRABA, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in a railroad negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

AGNES MENIKHEIM, Respondent, v. CHRISTIAN MENIKHEIM, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover the amount claimed to be due under a separation agreement. The order grants plaintiff's motion for summary judgment.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRANK GUILIANO, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (The order denies plaintiff's motion to set aside a verdict of a jury in favor of defendant and for a new trial, in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ANTONIO GEORGE, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (The order denies plaintiff's motion to set aside a verdict of a jury in favor of defendant and for a new trial, in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

WALTER POWERS, Appellant, v. PORCELAIN INSULATOR CORPORATION, Respondent.— Order reversed, without costs, and motion denied, without costs, with the privilege to defendant to renew the motion upon proper papers. See Rules of Civil Practice, rule 107, subdivision 5. All concur. (The order grants defendant's motion to dismiss plaintiff's complaint in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

JOSEPHINE K. MAYER, as Administratrix, etc., of WILLIAM MAYER, Deceased, Appellant, v. SIEBERT MOTORS, INC., Respondent.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the evidence presented questions of fact for the jury. We think it was for the jury to say whether or not decedent was in the attic in the performance of his duties under the contract. All concur. (The judgment dismisses the complaint in a negligence action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.